BEFORE THE SECOND DIVISION, JULY 22, 1942

**No. 47407.**—Protest 68507–K of I. Magnin & Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain of the woven silk mufflers in question are hemmed or hemstitched, wholly or in chief value of silk, valued at more than $5 per dozen, and not block printed by hand. In accordance therewith the protest was sustained as to these items.

**No. 47408.**—Protest 983348–G of May Co. (Cleveland).

Opinion by KINCHELOE, J. The testimony of the appraiser showed that the merchandise was entered July 19, 1938, and therefore should have been assessed as claimed. The protest was therefore sustained.

**No. 47409.**—Protest 922918–G of Sinclair Refining Co. (Galveston).

Opinion by DALLINGER, J. At the hearing counsel for the Government moved to dismiss the protest on the ground that it was not filed within 60 days after liquidation as required by section 514. The trial judge reserved decision on the motion for the action of the division. It appeared from an examination of the papers that the entry was liquidated on August 4, 1937, and the protest filed October 4, 1937, 61 days after the date of liquidation. The motion to dismiss was therefore granted.

**No. 47410.**—Protest 936953–G of Sinclair Refining Co. (Galveston).

Opinion by DALLINGER, J. At the hearing counsel for the Government moved to dismiss the protest on the ground that it was not filed within 60 days after liquidation as required by section 514. The trial judge reserved decision on the motion for the action of the division. It appeared from an examination of the papers that the entry was liquidated on November 5, 1937, and the protest filed January 7, 1938, 63 days after the date of liquidation. The motion to dismiss was therefore granted.